# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin
—
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: Justin@iLawco.com

March 15, 2019

**Via ECF**
Honorable Diane J. Humetewa
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 West Washington Street, SPC 81
Phoenix, AZ 85003-2161

*Deveraux v. Sison and Doe*
Case No. 2:18-cv-04882-DJH

Dear Judge Humetewa:

    I am counsel for Plaintiff Sydni Deveraux ("Plaintiff") in the above-entitled case. I write in response to Your Honor's Order dated March 7, 2019 (ECF Doc. 9) (the "Order"), concerning Plaintiff's allegation of subject matter jurisdiction in her original complaint solely by diversity of citizenship between her and Doe, pursuant 28 U.S.C. § 1332.

    Plaintiff has since amended her complaint to both (i) assert a federal cause of action under the Lanham Act and (ii) identify a named defendant who is diverse to Plaintiff. *See* (ECF Doc. 10). While John Doe remains a nominal defendant, Plaintiff posits that that inclusion of the federal claim provides this Court with original subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

    Respectfully submitted,

*/s/ Justin Mercer, Esq.*
Justin Mercer, Esq. (*pro hac vice*)