# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sydni Deveraux, | NO. CV-18-04882-PHX-DJH |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| Unknown Party, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Lauren Sison aka Evelyn Vinyl.

DEFAULT ENTERED this 5th day of June, 2019.

Brian D. Karth<br>
District Court Executive/Clerk of Court

June 5, 2019

By  s/ L. Dixon
     Deputy Clerk