**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sydni Deveraux,<br><br>Plaintiff,<br><br>v.<br><br>Unknown Party, et al.,<br><br>Defendants. | No. CV-18-04882-PHX-DJH<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint, Extension of Time to Serve Second Amended Complaint, and to Vacate the Rule 16 Scheduling Conference ("Motion") (Doc. 21). After serving Defendant Sison with a copy of the First Amended Complaint and summons on May 8, 2019, Plaintiff moved for default on June 4, 2019, when Defendant Sison failed to timely file an answer or motion pursuant to Rule 12. (Doc. 17). The Clerk of Court entered default against Defendant Sison on June 6, 2019. (Doc. 18). No Defendant has filed a Response to Plaintiff's Motion and the time to do so has not expired; however, the Court finds a Response to be unnecessary, and unlikely considering the only known Defendant has already defaulted.

A pleading amendment is governed primarily by Federal Rule of Civil Procedure ("Rule") 15. Rule 15(a)(2) provides that a "court should freely give leave [to amend] when justice so requires." Fed.R.Civ.P. 15(a)(2). "[T]his policy is to be applied with extreme liberality." *Sonoma County Ass'n of Retired Employees v. Sonoma County*, 708 F.3d 1109, 1117 (9th Cir. 2013). In general, district courts have great discretion when deciding

whether or not to grant leave to amend. *See Foman v. Davis*, 371 U.S. 178 (1962). The Court finds good cause to grant Plaintiff leave to file her Second Amended Complaint. The Court further finds good cause to extend the time to serve the Second Amended Complaint pursuant to Rule 4(m). Accordingly,

**IT IS ORDERED** that the Motion for Leave to File Second Amended Complaint, Extension of Time to Serve Second Amended Complaint, and to Vacate the Rule 16 Scheduling Conference (Doc. 21) is **GRANTED**. Plaintiff must file **a clean version of her Second Amended Complaint no later than August 7, 2019**.

**IT IS FURTHER ORDERED** that Plaintiff shall have thirty (30) days from the date of this Order to serve Defendants in compliance with Rule 4.

**IT IS FINALLY ORDERED** that the Rule 16 Scheduling Conference set for August 9, 2019, is **VACATED**.

Dated this 6th day of August, 2019.

Honorable Diane J. Humetewa
United States District Judge