1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sydni Deveraux,<br><br>      Plaintiff,<br><br>vs.<br><br>Lauren Sison a/k/a "Evelyn Vinyl," and John Doe,<br><br>      Defendants. | Case No. 2:18-cv-04882-DJH<br><br>**[PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT LAUREN SISON** |

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Default Judgment as to Defendant Lauren Sison a/k/a "Evelyn Vinyl" pursuant to Fed. R. Civ. P. 55(b); and

Having read and considered the facts, points and requests of Plaintiff set forth in the pleadings and papers identified above, and based upon the foregoing;

**IT IS HEREBY ADJUDGED** that Plaintiff is entitled to immediate entry of default judgment against Defendant Lauren Sison, as follows:

    (i)    monetary and compensatory damages in the amount of $182,534.31;

(ii)   punitive damages in the amount of $100,000;

(iii)  attorneys' fees and costs in the amount of $36,296.15;

(iv)   an injunction, as set forth in the Complaint, permanently enjoining Defendant Sison from making false and defamatory and/or anticompetitive statements about Plaintiff, including such statements referring to accusations of "sexual assault" or "assault" by Plaintiff, to any third-party in the burlesque market, including to such venues, individuals, patrons and/or business entities which are engaged in the presentation of burlesque performance and/or teaching; and

(v)    pre- and post-judgment interest from the date of this Order.